```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

DANNY LEE BREWER,               )
                                )
        Plaintiff               )
                                )        No. 3:11-0074
v.                              )        Judge Campbell/Brown
                                )
K. BUFORD #495                  )
                                )
        Defendant               )

## **O R D E R**

The Defendant is this matter has filed an answer (Docket Entry 21) and has begun discovery (Docket Entries 22 and 25).

In order to enter an appropriate scheduling order a Rule 16 conference is set for **May 16, 2011 at 2:30 p.m., Courtroom 783**. The counsel for the Defendant will prepare a draft scheduling order and mail it to the Plaintiff **five days** prior to the conference. Changes will be made as needed at the conference.

In the interim both parties may proceed with discovery.

It is so **ORDERED.**

                                            /s/ Joe B. Brown
                                            JOE B. BROWN
                                            United States Magistrate Judge