IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
DANNY LEE BREWER,              )
#255889                        )
     Plaintiff,                )
                               )
     v.                        )    NO. 3:11-0074
                               )    Judge Campbell/Brown
K. Buford #495                 )
     Defendant                 )
```

### ORDER TO PRODUCE

A Rule 16 case management conference in this action is set for **May 16, 2011 at 2:30 p.m.**

It is hereby **ORDERED** that the State of Tennessee and/or the Tennessee Department of Corrections and/or the Warden and/or the Sheriff of the institution (believed to be Rutherford County Adult Detention Center, 940 New Salem Hwy, Murfreesboro, TN 37130 at the date of entry of this Order) where plaintiff **Danny Lee Brewer** is presently confined, produce and deliver plaintiff **Danny Lee Brewer,** to this hearing no later than **2:15 p.m., on Monday, May 16, 2011,** to Courtroom No. 783, U.S. Courthouse, 801 Broadway, Nashville, before the Magistrate Judge. This Order to Produce shall be in effect for any subsequent days that the hearing may continue.

It is so **ORDERED**.

/S/ Joe B. Brown
--------------------------------
JOE B. BROWN
United States Magistrate Judge