IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DANNY LEE BREWER,                      )
                                       )
        Plaintiff,                     )
                                       )
            v.                         )       NO. 3:11-0074
                                       )       Judge Campbell/Brown
K. BUFORD #495                         )
                                       )
        Defendant.                     )


**ORDER TO PRODUCE**

A hearing in this action is set for **10:00 a.m. on Tuesday, June 21, 2011.**

It is hereby **ORDERED** that the Sheriff of the institution, **RUTHERFORD COUNTY ADULT DETENTION CENTER**, 940 NEW SALEM HIGHWAY, MURFREESBORO, TN 37129  where inmate **Duane Matheny**  is presently confined, produce and deliver inmate **Duane Matheny,** to this hearing no later than **9:45 a.m., on Tuesday, JUNE 21, 2011,** to Courtroom No. 783, U.S. Courthouse, 801 Broadway, Nashville, before the Magistrate Judge.  This Order to Produce shall be in effect for any subsequent days that the hearing may continue.

It is so **ORDERED.**

/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge