```
                 UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

DANNY LEE BREWER,              )
                               )
         Plaintiff             )
                               )     No. 3:11-0074
v.                             )     Judge Campbell/Brown
                               )     **Jury Demand**
K. BUFORD #495,                )
                               )
         Defendant             )

## C O R R E C T E D   O R D E R

By order entered May 25, 2011 a hearing was set for Tuesday, June 21, 2011 at 11:00 a.m. (DE #47) However, **the correct time for the hearing should be 10:00 a.m.**

By contemporaneously entered order, (DE #48) the Court issued an Order to Produce inmate **Duane Matheny, Inmate, Rutherford County Adult Detention Center, which had the correct time of 10:00 a.m.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge