```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

DANNY LEE BREWER,            )
                             )
    Plaintiff             )
                             )    No. 3:11-0074
v.                           )    Judge Campbell/Brown
                             )    **Jury Demand**
K. BUFORD #495,              )
                             )
    Defendant             )

## **O R D E R**

The Magistrate Judge has received two letters from the Plaintiff (Docket Entries 49 and 50). The Plaintiff should put the pleadings that he filed with the Court in the proper format, as shown on this order. The Plaintiff should also place his certificate of service at the end of any of his pleadings stating that he has sent a copy to Defendant's counsel in substantially the following format:

> I certify that a copy of the foregoing **[insert name of document]** has been served by **[insert whether by mail, certified mail, etc.]** upon Evan E. Cope and Thomas S. Santel, Jr., Cope Hudson Reed & McCreary PLLC, 16 Public Square North, P.O. Box 884, Murfreesboro, TN 37133-0884, on **[insert the date you mailed the pleading]**.
>
>                     <u>Sign your name on this line</u>
>                     Danny Lee Brewer 255889
>                     Rutherford County Adult Detention
>                     940 New Salem Highway
>                     Murfreesboro, TN 37130

The Plaintiff's two letters seem to overlap. Docket Entry 49 dated May 24, 2011, requests subpoenas be issued for Lt. Chris Deal and Terontae King. The second letter, Docket Entry 50 dated May 25, 2011, requests subpoenas for Dwayne Parker, Terontae

King, and Lt. Chris Deal.  Both of the letters request that these witnesses be available for the jury trial, which Plaintiff states is set for March 21, 2012.  The request for trial witnesses is premature since this case is not presently set for a trial, although the Magistrate Judge recommended a trial date on or after March 21, 2012 (Docket Entry 44).

The Magistrate Judge also notes that Docket Entry 49 was addressed to Judge Sharp.  At the present time this case is assigned to Chief Judge Campbell. If the Plaintiff will use the proper caption and file motions rather than letters things will proceed more smoothly.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge