IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DANNY LEE BREWER        )
                        )
v.                      ) NO. 3-11-0074
                        ) JUDGE CAMPBELL
K. BUFORD #495          )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 104), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket No. 98) is GRANTED in part and DENIED in part. Plaintiff's claims for mental and emotional damages are DISMISSED. The remaining claim is for nominal damages only.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE